UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMES E. STEWART                                        PLAINTIFFS

versus                    Civil Action No: 2:01-cv-00149-DCB-JMR

GMAC MORTGAGE, LLC;
and ALLY BANK                                           DEFENDANTS

## ORDER

This matter comes before the Court on Plaintiff's Motion to Stay Decision on Defendant's Motion to Dismiss, Or, In the Alternative, Motion for Additional Time to Respond. [docket entry no. 10]. Defendants have not opposed the motion.

Accordingly,

**IT IS HEREBY ORDERED THAT** Plaintiff's Motion is **GRANTED IN PART**. Plaintiff is hereby ordered to respond to Defendant's Motion to Dismiss by September 3, 2010.

**SO ORDERED** this 25th day of August, 2010.

                                                s/ David Bramlette

                                          **UNITED STATES DISTRICT JUDGE**